

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00495-CR

| | | |
|---|---|---|
| Thayer Lawson | § | From the 362nd District Court |
| | § | of Denton County (F-2012-2483-D) |
| v. | § | January 29, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed in part and reversed in part.  We affirm the trial court's judgment of conviction.  We reverse the portion of the trial court's judgment on punishment and remand this case solely for a new trial on punishment.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Ann Dauphinot_____
       Justice Lee Ann Dauphinot